■ FAROUK AL-SALIHI, Appellant, v UPSTATE NY COMPREHENSIVE CLINICAL COMPETENCY CENTER OF ALBANY MEDICAL COLLEGE, Respondent. [55 NYS3d 654]—Order, Supreme Court, New York County (Richard F. Braun, J.), entered August 30, 2016, which, inter alia, granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The motion court correctly determined that defendant was entitled to immunity for its role in evaluating plaintiff's competency to engage in the practice of medicine (Education Law § 6527 [5]; Public Health Law § 2805-m [3]; see Farooq v Coffey, 206 AD2d 879 [4th Dept 1994]; Dos v St. John's Episcopal Hosp., Smithtown, 199 AD2d 460, 461 [2d Dept 1993]). Concur—Sweeny, J.P., Mazzarelli, Webber, Kahn and Kern, JJ.

---

Motion for leave to file a supplemental appendix granted to the extent of allowing inclusion of material from the peer review process.